No. 02–10665. PADILLA v. CAREY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–10666. MCCALL v. DAVIS, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 02–10668. BRODIS v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 02–10670. D. D., A CHILD UNDER EIGHTEEN v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 02–10673. CROWELL v. SOLLIE, SHERIFF, LAUDERDALE COUNTY, MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–10674. BARRETT v. ASHCROFT, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 02–10678. HOLLAND v. DONNELLY, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–10684. ANGEL v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–10691. RADILLO v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–10692. RAY v. PATE. C. A. 11th Cir. Certiorari denied.

No. 02–10693. MCCLENTON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–10694. PHILLIPS v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–10695. ERVIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–10696. DIAZ v. PARKE, SUPERINTENDENT, PUTNAMVILLE CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.